**Fill in this information to identify the case:**

Debtor name: **Classy Lady, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): 3:16-bk-32317-SHB

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**  Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$24,759.42**   Priority amount: **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

**2.2**  Priority creditor's name and mailing address
**Tennessee Department of Revenue**
**500 Deaderick Street**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$18,855.70**   Priority amount: **Unknown**

Date or dates debt was incurred

Basis for the claim: **sales tax**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Classy Lady, Inc.** | Case number (if known) | **3:16-bk-32317-SHB** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Acquired Capital II, LP**<br>P.O. Box 1068<br>Stafford, TX 77497-1068<br><br>Date(s) debt was incurred **2014**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **judgment**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$622,991.07** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **2718** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **business credit card**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$61,752.31** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Bailey 44**<br>4700 South Boyle Avenue<br>Los Angeles, CA 90058<br><br>Date(s) debt was incurred **2011**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$13,743.78** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Bari Jay**<br>225 W. 37th Street<br>New York, NY 10018<br><br>Date(s) debt was incurred **2013**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$434.91** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Ben Walk**<br>45 Century Road<br>Rye, NH 03870<br><br>Date(s) debt was incurred **2009**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,178.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Bobbi**<br>1214 W. Jon St<br>Torrance, CA 90502<br><br>Date(s) debt was incurred **2010**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,091.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Cool Book**<br>110 N. Market Street<br>Minerva, OH 44657<br><br>Date(s) debt was incurred **2010**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **advertising**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,975.46** |

| Debtor | **Classy Lady, Inc.** | Case number (if known) | **3:16-bk-32317-SHB** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Helen's Heart**<br>**13628 Beta Road**<br>**Dallas, TX 75244**<br><br>Date(s) debt was incurred **2012**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,958.70 |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Joe's Jeans**<br>**2340 S. Eastern Ave**<br>**Los Angeles, CA 90040**<br><br>Date(s) debt was incurred **2008**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $4,099.11 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**La Femme**<br>**2521 S. Alander Street**<br>**Los Angeles, CA 90058-1309**<br><br>Date(s) debt was incurred **2006**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $28,635.55 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Liz Claiborne**<br>**P.O. Box 5059**<br>**Maryville, TN 37802**<br><br>Date(s) debt was incurred **2003**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | Unknown |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Michael Stars**<br>**12955 S. Chadrun Avenue**<br>**Hawthorne, CA 90250**<br><br>Date(s) debt was incurred **2003**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $983.88 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Mon Cheri**<br>**1018 Whitehead Road**<br>**Trenton, NJ 08638**<br><br>Date(s) debt was incurred **2009**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $9,938.92 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Mosely & Ragle**<br>**P.O. Box 24069**<br>**Knoxville, TN 37930**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **legal services**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,439.15 |

| Debtor | **Classy Lady, Inc.** | Case number (if known) | **3:16-bk-32317-SHB** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Ready Cap Lending**<br>**420 Mountain Avenue, 3rd Floor**<br>**New Providence, NJ 07974**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **foreclosure deficiency**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**SunTrust Bank**<br>**P.O. Box 4418**<br>**Atlanta, GA 30302-4418**<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **judgments**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$112,975.54** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Tony Bowls**<br>**1523 S. Bowman Street, Suite H**<br>**Little Rock, AR 72211**<br><br>Date(s) debt was incurred **2014**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **purchases**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$13,693.01** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Travelers Insurance**<br>**P.O. Box 660317**<br>**Dallas, TX 75266-0317**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **insurance**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$900.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Velvet**<br>**3961 Land Mark St**<br>**Culver City, CA 90232**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **purchases**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,495.42** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**WTNZ**<br>**900 Executive Park Drive**<br>**Knoxville, TN 37923**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **advertising**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,500.00** |

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **E. Richards Brabham, III, Esq.**<br>**Kennerly, Montgomery & Finley, PC**<br>**550 Main Street, 4th Floor**<br>**Knoxville, TN 37902** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Classy Lady, Inc.** | Case number (if known) | **3:16-bk-32317-SHB** |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.2 | **Garner & Conner**<br>**250 High Street**<br>**Maryville, TN 37804** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **John Cheadle, Jr., Esq.**<br>**2404 Crestmoor Road**<br>**Nashville, TN 37215** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Tennessee Attorney Generals Office, Bank**<br>**426 5th Avenue, 2nd Floor**<br>**Nashville, TN 37243-0489** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **United States Attorney**<br>**800 Market Street, Suite 211**<br>**Knoxville, TN 37902** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **43,615.12** |
| **5b. Total claims from Part 2** | 5b. + $ | **887,785.81** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **931,400.93** |