**Fill in this information to identify the case:**

Debtor name  **Classy Lady, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TENNESSEE

Case number (if known)  **3:16-bk-32317-SHB**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **David Lee Horner** | **1211 Whitower Drive** **Knoxville, TN 37919-8158** | **SunTrust Bank** | ☐ D _____ ■ E/F  **3.16** ☐ G _____ |
| 2.2 | **David Lee Horner** | **1211 Whitower Drive** **Knoxville, TN 37919-8158** | **Acquired Capital II, LP** | ☐ D _____ ■ E/F  **3.1** ☐ G _____ |