**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

IN RE:

CLASSY LADY, INC.,                                                                No. 3:16-bk-32317-SHB
                                                                                                  CHAPTER 7
    Debtor.

**OBJECTION OF DAVID L. HORNER TO NOTICE OF SALE OF ASSETS**

David L. Horner ("Mr. Horner"), by and through counsel, pursuant to Fed. R. Bankr. P. 6004(b) objects to the Trustee's Notice of Sale of Assets ("Notice of Sale"). For cause, Mr. Horner represents the following:

1. The property to be sold, a 2007 Lexus GX470 (the "Lexus"), belongs to the bankruptcy estate of Mr. Horner.

2. Because Mr. Horner has claimed an exemption for the Lexus in his bankruptcy case, he has standing to object to the Notice of Sale. He will be directly adversely impacted if the sale is to go forward.

3. Mr. Horner has an appraisal of the Lexus which reflects that the value of the Lexus is consistent with the amount Mr. Horner exempted in Schedule C filed in his bankruptcy case.

4. Because the Lexus does not belong to the estate of Classy Lady, Inc., the Trustee is not authorized to sell the Lexus.

WHEREFORE, Mr. Horner requests that the sale of the Lexus be disallowed.

RESPECTFULLY SUBMITTED this 30th day of September, 2016.

/s/Keith L. Edmiston
Keith L. Edmiston, BPR 018366
*Attorney for David L. Horner*
EDMISTON FOSTER
P. O. Box 30782
Knoxville, TN 37930
Tel:  (865) 248-6038
Fax:  (865) 383-0354
keith.edmiston@edmistonfoster.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing Objection has been served electronically via ECF on the U.S. Trustee, 800 Market Street, Ste. 114, Knoxville, TN 37902, on the Chapter 7 Trustee, Michael Fitzpatrick, 800 S. Gay Street, Ste. 2121, Knoxville, TN 37929, and on Counsel for the Debtor, Edward Shultz, 111 Fox Road, Ste. 102, Knoxville, TN 37922, on this the 30th day of September, 2016.

/s/Keith L. Edmiston