**SO ORDERED.**
**SIGNED this 4th day of October, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **CLASSY LADY, INC.**   Case No. 3:16-BK-32317 SHB
                                                              Chapter 7

    Debtor.

## ORDER AUTHORIZING TRUSTEE TO EMPLOY AN AUCTIONEER

Upon the application of Michael H. Fitzpatrick, Trustee, seeking authority to employ Powell Auction & Realty Company to sell or conduct an auction of personal property of the debtor in one or more sales and it appearing that Powell Auction & Realty Company are licensed auctioneers in the State of Tennessee who do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and it appearing to the Court that said application is proper pursuant to the provision of 11 U.S.C. §327(a) and Fed. R. Bankr. P. 2014 and 6005, and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied, the application is approved and Michael H. Fitzpatrick, Trustee, shall be and he hereby is, authorized to employ Powell Auction & Realty Company, under the terms and conditions set forth in his application. The total compensation to be paid to said auctioneers shall be determined by the Court upon proper interim applications or final application at the conclusion of the auctioneers' services.

The order is entered nunc pro tunc to the date of the application.

###

APPROVED FOR ENTRY:

*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Esquire
BPR No. 006033
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
mhf@j-jlaw.com